JOHN BERTA, Respondent, v. MAK FRUIT & VEGETABLE MARKET, INC., Appellant.— Judgment of the City Court of Yonkers unanimously affirmed, with costs.

(*Hughes* v. *Borden's Farm Products Company, Inc.*, 252 N. Y. 532; *Keegan* v. *Hohorst*, 235 App. Div. 871.) Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.